In the Matter of the General Assignment of WILLIAM L. EARLL to H. MELVILLE RENAUD and ELMER E. DEY, JR., for the Benefit of Creditors. C. MILTON FOREMAN, Appellant, v. H. MELVILLE RENAUD, ELMER E. DEY, JR., as Assignees, etc., of WILLIAM L. EARLL, and MORSE & BUFFUM, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Located at 82–15 Britton Avenue, Borough of Queens, County of Queens, City and State of New York, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 38850. CASINO REALTY CORP., Appellant; BROOKLYN TRUST CO., as Trustee, etc., and O'MALLEY & WILSON, Attorneys for Certificate Holders, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

MARCEL KOVARSKY, on Behalf of Himself and All Other Similarly Situated Consumers of Gas Supplied by the BROOKLYN UNION GAS COMPANY, Appellant, v. THE BROOKLYN UNION GAS COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 635.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Hagarty, Carswell, Adel and Close, JJ.; Lazansky, P. J., not voting.

JAMES J. MCLOUGHLIN, as Receiver, etc., Respondent, v. WALTER W. MCMEEKAN, as Trustee, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for resettlement denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

P. WALKER MORRISON and Others, as Trustees under a Declaration of Trust Dated the 27th day of March, 1936, and a Plan of Reorganization for Series B-K Mortgage Investments, etc., Respondents, v. LENA GILMAN, Also Known as LENA EPSTEIN, Appellant, and SAMUEL EPSTEIN and Others., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.